AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
09/18/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: DC DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Four USPS Priority Mail Parcels

Case No. 5:25-MJ-00569

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____________.

Date and time issued: September 12, 2025 at 4:50pm

*Judge's signature*

City and state: Riverside, CA

Honorable David Bristow, U.S. Magistrate Judge
*Printed name and title*

AUSA: Sonah Lee

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25mj0569 | September 16, 2025 at 10:42 AM | USPS |

Inventory made in the presence of :

Postal Inspectors Ron MacAskill and David Smith

Inventory of the property taken and name of any person(s) seized:

USPS parcels bearing the following tracking numbers found to contain:

9505513182035251865703 - Approximately 1315.6 grams of suspected marijuana

9505516195945251068057 - Approximately 1974.4 grams of suspected marijuana

9505514311845251327357 - Approximately 628.6 grams of suspected marijuana

9505506701415251537342 - Approximately 1028.7 grams of suspected marijuana

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 18, 2025

David Smith (signature)

*Executing officer's signature*

David Smith; Postal Inspector

*Printed name and title*

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following United States Postal Service ("USPS") Priority Mail, Ground Advantage, and Express parcels, (collectively, the "SUBJECT PARCELS"), seized on September 8, 2025, at the USPS San Bernardino Processing and Distribution Center located in Redlands, California, and currently in United States Postal Inspection Service's custody in San Bernardino, California:

1. USPS Priority Mail parcel with tracking number 9505 5131 8203 5251 8657 03, weighing approximately 4 pounds 0.8 ounces, with a return address of "Kurtis T. 33555 Warwick Hills Rd. Yucaipa, CA 92399," and recipient address of "J. Ribinsin 1019 37th Ave N Saint Cloud, MN 56303" ("SUBJECT PARCEL 1");

2. USPS Priority Mail parcel with tracking number 9505 5161 9594 5251 0680 57, weighing approximately 6 pounds 10.2 ounces, with a return address of "Rohjet Sing 1350 Long branch San Jacinto ca 92582," and recipient address of "Dee Diallo PO box # 90042 washington DC 20090" ("SUBJECT PARCEL 2");

3. USPS Priority Mail parcel with tracking number 9505 5143 1184 5251 3273 57, weighing approximately 2 pounds 7.2 ounces, with a return address of "Jazmine C. 201 S PennSylvania Ave San Bernardino , CA 92410," and recipient address of "Aria S. 7427 cremorne converse Tx , 78109" ("SUBJECT PARCEL 3"); and

4. USPS Priority Mail parcel with tracking number 9505 5067 0141 5251 5373 42, weighing approximately 2 pounds 12.7 ounces, with a return address of "EDDIE COHEN 64 PINE VALLEY DR

RANCHO MIRAGE CA 92270-1606," and recipient address of "CORY HILL 8506 S LOOMIS BLVD CHICAGO IL 60620-4027" ("SUBJECT PARCEL 4").

# **ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution of, and possession with intent to distribute, a controlled substance); 846 (conspiracy to distribute, or possess with intent to distribute, a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

a. Any controlled substances, including cannabis;

b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

c. Parcel wrappings used to conceal items described in (a) and/or (b).